# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COREY MARTIN,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**RONAK FOODS LLC D/B/A PIZZA HUT, JIGNESH PANDYA,** and **KRUPA PATEL,** individually,<br><br>Defendants. | **Case No. 5:20-cv-01261-JMY**<br>**Jury Demanded**<br>**Judge Younge** |

## MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiff, Corey Martin (hereinafter "Plaintiff"), hereby requests the Clerk to enter into the record the default of Defendants, Ronak Foods LLC d/b/a Pizza Hut, Jignesh Pandya, and Krupa Patel (hereinafter "Defendants"), pursuant to Fed. R. Civ. P. 55(a).  In support of this request, Plaintiff states as follows:

1.  Plaintiff filed this civil action on March 3, 2020 against Defendants.

2.  On May 11, 2020, a copy of the Complaint and Summons were hand served on Defendants via private process server as detailed in their respective affidavits (*See* Dkt. Nos. 6-8);

3.   Defendants are not incompetent nor are they minors subject to the rules of Fed. R. Civ. P. 4(g);

4. Defendants are not service members of the uniform services on active duty nor are they believed to be under a call to active duty;

5. Defendants are in default for failure to file an answer or otherwise defend themselves in this matter.

WHEREFORE, the Clerk is requested by Plaintiff to enter the default of Defendants.

DATED: September 21, 2020    Respectfully submitted,

>Joe P. Leniski, Jr. (TN BPR#022891
>**BRANSTETTER, STRANCH & JENNINGS, PLLC**
>223 Rosa Parks Ave. Suite 200
>Nashville, TN 37203
>Telephone: 615/254-8801
>Facsimile: 615/255-5419
>Email: joeyl@bsjfirm.com
>
>Charles J. Kocher
>**SALTZ MONGELUZZI & BENDESKY, PC**
>1650 Market Street
>Philadelphia, PA 19103
>(215) 496-8282
>Email: ckocher@smbb.com
>
>Jay Forester*, Texas Bar No. 24087532
>**FORESTER HAYNIE PLLC**
>1701 N. Market Street, Suite 210
>Dallas, Texas 75202
>(214) 210-2100 phone
>(214) 346-5909 fax
>Email: jay@foresterhaynie.com

*pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically and served upon all Parties via regular mail on September 21, 2020 as follows:

Ronak Foods, LLC
210 East Street Road, Suite 3B
Feasterville, PA 19053

Jignesh Pandya
210 East Street Road, Suite 3B
Feasterville, PA 19053

Krupa Patel
210 East Street Road, Suite 3B
Feasterville, PA 19053

*/s/ Joe P. Leniski, Jr.*
Joe P. Leniski, Jr.